No. A–474. HANLON v. UNITED STATES. C. A. 2d Cir. Application for stay, addressed to JUSTICE REHNQUIST and referred to the Court, denied.

No. A–485 (82–1070). BENEDETTO v. UNITED STATES. C. A. 2d Cir. Application for stay, addressed to JUSTICE POWELL and referred to the Court, denied.

No. A–500. JAMES v. UNITED STATES. Application for bond, presented to JUSTICE MARSHALL, and by him referred to the Court, denied.

No. A–523 (82–891). PHOENIX UNION HIGH SCHOOL DISTRICT ET AL. v. UNITED STATES. C. A. 9th Cir. Application for stay, presented to JUSTICE O'CONNOR, and by her referred to the Court, denied.

No. A–536. SEVERO v. UNITED STATES. C. A. 9th Cir. Application for stay, addressed to JUSTICE MARSHALL and referred to the Court, denied.

No. A–544. SOUTHERN PACIFIC TRANSPORTATION CO. ET AL. v. INTERSTATE COMMERCE COMMISSION ET AL.;
No. A–545. ATCHISON, TOPEKA & SANTA FE RAILWAY CO. v. INTERSTATE COMMERCE COMMISSION; and
No. A–546. KANSAS CITY SOUTHERN RAILWAY CO. ET AL. v. INTERSTATE COMMERCE COMMISSION ET AL. Applications for stay of an order of the Interstate Commerce Commission, presented to JUSTICE STEVENS, and by him referred to the Court, denied.